# United States Court of Appeals for the Federal Circuit

---

**MIDWEST-CBK, LLC,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2024-1142

---

Appeal from the United States Court of International Trade in Nos. 1:17-cv-00154-JCG, 1:17-cv-00155-JCG, 1:17-cv-00272-JCG, Judge Jennifer Choe-Groves.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered January 8, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 2, 2026
Date

Jarrett B. Perlow
Clerk of Court